IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL DAVID PUNZAL, JR.,<br>    Defendant. | 2:22-cr-00216-DAD |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL PUNZAL,<br>    Defendant. | 2:22-cr-00232-TLN |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:22-cr-00216-DAD and 2:22-cr-00232-TLN on November 11, 2022;

Case number 2:22-cr-00232-TLN is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

/////

1

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:22-cr-00232-DAD**

IT IS SO ORDERED.

Dated: __**November 21, 2022**__　　　　　　　　___/s/ Dale A. Drozd___
UNITED STATES DISTRICT JUDGE