HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
MICHAEL DAVID PUNZAL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  MICHAEL DAVID PUNZAL, JR.,  Defendant. | Case No.  2:22-cr-00232-DAD  STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING  Date:   April 9, 2024  Time:  9:30 a.m.  Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Emily Sauvageau, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Megan T. Hopkins, attorney for defendant Michael David Punzal, Jr., that the previously-scheduled revocation hearing date of February 27, 2024, be continued to **April 9, 2024**, at 9:30 a.m.

It is the request of the parties that the sentencing hearing and revocation hearing relating to Mr. Punzal's possession of a firearm be set for the same date.  The parties have filed a stipulation requesting that the sentencing hearing in 2:22-cr-00216-DAD be continued to April 9, 2024.  The parties and probation officer agree that in the interest of judicial economy the dispositional hearing as to the instant violation petition and the sentencing hearing in the above-referenced case should proceed on the same date and time.

Stipulation to Continue Revocation Hearing               -1-

It is therefore requested that the dispositional hearing in this matter be continued to April 9, 2024 at 9:30 a.m.

                Respectfully submitted,

Dated:  January 22, 2024       HEATHER E. WILLIAMS
                                    Federal Defender

                                      */s/ Megan T. Hopkins*
                                    MEGAN T. HOPKINS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL DAVID PUNZAL, JR.

Dated: January 22, 2024        PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/*Emily Sauvageau*
                                    EMILY SAUVAGEAU
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The dispositional hearing previously set for February 27, 2024 is hereby continued to April 9, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **January 23, 2024**                        /s/ Dale A. Drozd
                                                                  DALE A. DROZD
                                                                  UNITED STATES DISTRICT JUDGE